# EXHIBIT A

简体中文    English    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

411mania.com                    Lookup

## Showing results for: 411MANIA.COM
Original Query: 411mania.com

# Contact Information

### Registrant Contact
Name: Gryaznova Marina
Organization:
Mailing Address: Glinku 1 kv 2, Sumu Sumu 40019 UA
Phone: +380.634779648
Ext:
Fax:
Fax Ext:
Email:ya.alinamalina27@yandex.ru

### Admin Contact
Name: Gryaznova Marina
Organization:
Mailing Address: Glinku 1 kv 2, Sumu Sumu 40019 UA
Phone: +380.634779648
Ext:
Fax:
Fax Ext:
Email:ya.alinamalina27@yandex.ru

### Tech Contact
Name: Gryaznova Marina
Organization:
Mailing Address: Glinku 1 kv 2, Sumu Sumu 40019 UA

Phone: +380.634779648
Ext:
Fax:
Fax Ext:
Email:ya.alinamalina27@yandex.ru

## Registrar

WHOIS Server: whois.internet.bs
URL: http://www.internetbs.net
Registrar: Internet Domain Service BS Corp.
IANA ID: 2487
Abuse Contact Email:abuse@internet.bs
Abuse Contact Phone: +1.5167401179

## Status

Domain Status:clientTransferProhibited - http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited - http://www.icann.org/epp#clientUpdateProhibited

## Important Dates

Updated Date: 2017-04-19
Created Date: 2002-07-25
Registration Expiration Date: 2022-07-25

## Name Servers

fiona.ns.cloudflare.com
henry.ns.cloudflare.com

## Raw WHOIS Record

```
Domain Name: 411MANIA.COM
Registry Domain ID: 88745113_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.internet.bs
Registrar URL: http://www.internetbs.net
Updated Date: 2017-04-19T11:15:44Z
Creation Date: 2002-07-25T20:43:18Z
Registrar Registration Expiration Date: 2022-07-25T20:43:18Z
Registrar: Internet Domain Service BS Corp.
Registrar IANA ID: 2487
Registrar Abuse Contact Email: abuse@internet.bs
Registrar Abuse Contact Phone: +1.5167401179
Reseller:
Domain Status: clientTransferProhibited -
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited -
http://www.icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Gryaznova Marina
Registrant Organization:
Registrant Street: Glinku 1 kv 2
Registrant City: Sumu
Registrant State/Province: Sumu
Registrant Postal Code: 40019
Registrant Country: UA
Registrant Phone: +380.634779648
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ya.alinamalina27@yandex.ru
Registry Admin ID:
Admin Name: Gryaznova Marina
Admin Organization:
Admin Street: Glinku 1 kv 2
Admin City: Sumu
Admin State/Province: Sumu
Admin Postal Code: 40019
Admin Country: UA
Admin Phone: +380.634779648
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ya.alinamalina27@yandex.ru
Registry Tech ID:
Tech Name: Gryaznova Marina
Tech Organization:
Tech Street: Glinku 1 kv 2
Tech City: Sumu
Tech State/Province: Sumu
Tech Postal Code: 40019
Tech Country: UA
Tech Phone: +380.634779648
```

```
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ya.alinamalina27@yandex.ru
Name Server: fiona.ns.cloudflare.com
Name Server: henry.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-04-19T15:21:26Z <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2017 Internet Corporation for Assigned Names and Numbers    Privacy Policy