IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

411 MANIA.COM, LLC
1206 Cardinal Ave.
Sugar Land, TX 77478,

     Plaintiff,

v.

411MANIA.COM, an Internet domain name,
and
JOHN DOE,

     Defendants.

Civil Action No. 1:17 cv 469 (LMB/IDD)

## ORDER

     This matter came before the Court on the motion of Plaintiff 411 Mania.com, LLC for a temporary restraining order returning the domain name 411mania.com to Plaintiff's possession and control.  The Court has considered Plaintiff's motion, the memorandum, and the facts in the Verified Complaint.

     This matter is governed by the criteria for considering a temporary restraining order set forth in *Winter v. National Resources Defense Council*, 555 U.S. 7, 20 (2008).  The Court finds that the criteria have been met in this case.  The Court finds that: (1) 411Mania has a strong likelihood of succeeding on the merits of its claims for violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; (2) 411Mania is suffering irreparable harm in the absence of a temporary restraining order as (i) the 411mania.com website was disabled and may be disabled again as long as Defendants retain control over the domain name, (ii) 411Mania lost control of email communications conducted through 411mania.com when its website was disabled and may lose

such control again as long as Defendants retain control over the domain name, and (iii) the current registrant may take actions that will further alter the status quo and make it more difficult for 411Mania to recover the domain name; (3) the balance of the equities weighs strongly in favor of 411Mania; and (4) the issuance of a temporary restraining order is clearly in the public interest.

NOW, THEREFORE it is HEREBY ORDERED that:

1.    Verisign, Inc. is HEREBY DIRECTED to change the registrar of the 411mania.com domain name back to Register.com to restore the status quo prior to the apparent theft of the domain name, and Register.com is directed to return the registration and control of the domain name to 411Mania until further order from this Court;

2.    A bond in the amount of $500 shall be posted;

3.    411Mania shall provide a copy of this order via email to the current registrant of the domain name, Verisign, Inc., and Register.com.

Date: April 19th, 2017

_____
/s/
Leonie M. Brinkema
United States District Judge

/s/
Leonie M. Brinkema
United States District Judge